**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**PATRICIA PEREZ,**

    **Plaintiff,**

**v.**                                                                       Case No: 8:16-cv-01273-EAK-AEP

**DDS Lab, LLC**

    **Defendant.**
_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT

Pursuant to Local Rule 3.08(a) Plaintiff, PATRICIA PEREZ, by and through undersigned counsel, hereby notifies the Court that the above-styled action against Defendant, DDS Lab, LLC, has been settled.

Dated this 9th day of March, 2017.

                                                                                Respectfully submitted,

                                                                                _____
                                                                                **Luis A. Cabassa**
                                                                                Florida Bar No. 0053643
                                                                                Wenzel Fenton Cabassa P.A.
                                                                                1110 N. Florida Avenue
                                                                                Suite 300
                                                                                Tampa, Florida 33602
                                                                                Main No.: 813-224-0431
                                                                                Direct No.: (813) 379-2565
                                                                                Facsimile No.: 813-229-8712
                                                                                Email: lcabassa@wfclaw.com
                                                                                Email: twells@wfclaw.com
                                                                                **Attorneys for Plaintiff**

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 9th day of March, 2017, the foregoing was electronically filed with the Clerk of the Court via the CM/ECF system, which will send a notice of electronic filing to:

Adriana S. Barnette, Esquire
Ignacio   J. Garcia, Esquire
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
100 North Tampa Street, Suite 3600
Tampa, FL 33602
E-Mail: iggy.garcia@ogletreedeakins.com; lennon.graves@ogletreedeakins.com

_____
**LUIS A. CABASSA**